IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEMETRIUS DION TRAMMELL, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv23-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 23) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is (a) denied with prejudice to the extent that petitioner presents claims attacking the August 1, 2014, judgment of the Montgomery Circuit Court denying his petition for certiorari regarding the setting of

his initial parole consideration date and (b) denied without prejudice to the extent that petitioner presents claims challenging the October 2014 decision denying him parole, failing to credit approximately six years against his sentence, and setting his next parole consideration for October 2017.

(3) It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of February, 2017.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE